UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON PADGETT,

       Plaintiff,                      Case No. 1:17−cv−00805−JTN−ESC

v.                                  Hon. Janet T. Neff

BOARD OF TRUSTEES OF MICHIGAN
STATE UNIVERSITY, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above−captioned case was filed in this court on September 3, 2017 .   The case has been assigned to Janet T. Neff .

                                      CLERK OF COURT

Dated:   September 5, 2017    By:   /s/ N. Stimec_____
                                          Deputy Clerk