# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Cameron Padgett

v.

Board of Trustees of Michigan State University and
Lou Anna Kimsey Simon

Case No. 1:17-cv-00805-JTN-ESC
Hon. Janet T. Neff

TO: Board of Trustees of Michigan State University
ADDRESS:
Office of the General Counsel
426 Auditorium Rd., Rm. 494
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Bristow Law, PLLC
Kyle J. Bristow
P.O. Box 381164
Clinton Twp., MI 48038

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk

September 05, 2017
Date

## PROOF OF SERVICE

This summons for __Board of Trustees of Michigan State University__ was received by me on _____.
(name of individual and title, if any)                                                                                         (date)

☐ I personally served the summons on the individual at _____
                                                                                         (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                        (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                   (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                 (name of individual)
of process on behalf of _____ on _____.
                                       (name of organization)                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Cameron Padgett

v.

Board of Trustees of Michigan State University and Lou Anna Kimsey Simon

Case No. 1:17-cv-00805-JTN-ESC
Hon. Janet T. Neff

TO: Lou Anna Kimsey Simon
ADDRESS:
Office of the General Counsel
426 Auditorium Rd., Rm. 494
East Lansing, MI 48824

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Bristow Law, PLLC
Kyle J. Bristow
P.O. Box 381164
Clinton Twp., MI 48038

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                              September 05, 2017
                                              Date

## PROOF OF SERVICE

This summons for _____Lou Anna Kimsey Simon_____ was received by me on _____.
(name of individual and title, if any)                               (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                        _____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                          _____
                                          Server's printed name and title

                                          _____
                                          Server's address