UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CAMERON PADGETT,** | Case No. 1:17-cv-00805-JTN-ESC |
| Plaintiff, | Hon. Janet T. Neff |
| v. | Mag. Ellen S. Carmody |
| **BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY,** In their official capacities, | |
| and | |
| **LOU ANNA KIMSEY SIMON,** In her personal and official capacities, | |
| Defendants. | |

**BRISTOW LAW, PLLC**
By: Kyle Bristow (P77200)
P.O. Box 381164
Clinton Twp., MI 48038
(P): (248) 838-9934
(E): BristowLaw@gmail.com
*Attorney for Cameron Padgett*

**VARNUM LLP**
Bryan R. Walters (P58050)
333 Bridge St. NW
P.O. Box 352
Grand Rapids, MI 49501
(P): (616) 336-6000
(E): brwalters@varnumlaw.com
*Attorney for Board of Trustees of Michigan State University and Lou Anna Kimsey Simon*

### NOTICE OF PLAINTIFF'S ATTORNEY'S ADDRESS CHANGE

TAKE NOTE that Plaintiff's attorney—Kyle Bristow (P77200)—no longer works for France Law Group, LLC. Plaintiff's attorney's current contact information—as set forth in the caption of Plaintiff's Verified Complaint (Dockt. #1)—is:

    Mailing Address:    Bristow Law, PLLC
                                  P.O. Box 381164
                                  Clinton Twp., MI 48038

    Phone:                    (248) 838-9934

    Email:                     BristowLaw@gmail.com

A similar notice was mailed to the Court Clerk per the guidelines set forth at <http://www.miwd.uscourts.gov/court-info/faq/attorney>.

                                              Respectfully submitted,

                                              **BRISTOW LAW, PLLC**

                                              /s/ Kyle Bristow
                                            Kyle Bristow (P77200)
                                            P.O. Box 381164
                                            Clinton Twp., MI 48038
                                            (P):  (248) 838-9934
                                            (E):  BristowLaw@gmail.com
                                            *Attorney for Cameron Padgett*

Dated:  September 7, 2017

## **CERTIFICATE OF SERVICE**

I, Kyle Bristow, affirm that I am an attorney of record for a party to the above-captioned civil action, and on September 7, 2017, I submitted this document to the Court's Electronic Filing System, which should serve a copy upon all attorneys of record for said case.

/s/ Kyle Bristow
Kyle Bristow (P77200)
P.O. Box 381164
Clinton Twp., MI 48038
(P):  (248) 838-9934
(E):  BristowLaw@gmail.com
*Attorney for Cameron Padgett*

Dated:  September 7, 2017