UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON PADGETT,

       Plaintiff,                                  Case No. 1:17-cv-805

v.                                                  HON. JANET T. NEFF

BOARD OF TRUSTEES OF
MICHIGAN STATE UNIVERSITY, ET
AL,

       Defendants.
_____/

## **ORDER TO STRIKE**

Plaintiff's Motion for Preliminary Injunction (ECF No. 8) shall be stricken from the record for the reason that Plaintiff failed to comply with this Court's Information and Guideline Practice for Civil Cases[1] which requires a pre-motion conference before filing any dispositive motions.

**IT IS SO ORDERED**.


Dated: September 13, 2013                            /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge

---

[1] A copy of Judge Neff's Information and Guidelines is available on the Court's website (www.miwd.uscourts.gov).